**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re:  Rachelle Castiglione and Joseph Castiglione
Debtor

                        Case No.:
                        Chapter 7

Nancy Isaacson, Trustee
Plaintiff

v.

Rachelle Castiglione
Defendant

Adv. Proc. No. 06–01932–MBK                      Judge: Michael B. Kaplan

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

      Please be advised that on January 30, 2007, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 22 – 7
Opinion (related document:[7]Motion For Summary Judgment RE: denial of discharge in favor of Plaintiff, Nancy Isaacson and against Defendant/Debtor Rachelle Castiglione filed by Plaintiff Nancy Isaacson, Trustee). The following parties were served: Plaintiff, Plaintiff's Attorney, Defendant, Defendant's Attorney. Signed on 1/30/2007. (slf, )

      Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: January 30, 2007
JJW: slf

                                                  James J. Waldron
                                                  Clerk